UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CORDARRYL STANFORD,<br>        Plaintiff,<br>    v.<br>B. PEREZ, et al.,<br>        Defendants. | Case No. 23-cv-04211-JD<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. Nos. 2, 6 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding prison conditions at California State Prison Los Angeles County. This prison is located within the venue of the United States District Court for the Central District of California. Plaintiff is incarcerated in the Eastern District of California. Because the events for this case and defendants are located in the Central District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is transferred to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motions to proceed in forma pauperis (Dkt. Nos. 2, 6) which are vacated.

**IT IS SO ORDERED.**

Dated: October 6, 2023

JAMES DONATO
United States District Judge